# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 21-1088**  **September Term, 2021**
FILED ON: AUGUST 16, 2022

BLOOMBERG L.P.,
    PETITIONER

v.

SECURITIES AND EXCHANGE COMMISSION,
    RESPONDENT

FINANCIAL INDUSTRY REGULATORY AUTHORITY,
    INTERVENOR

On Petition for Review of an Order
of the Securities and Exchange Commission

Before: WILKINS, KATSAS and JACKSON*, *Circuit Judges*

## **J U D G M E N T**

This cause came on to be heard on the petition for review of an order of the Securities and Exchange Commission and was argued by counsel. On consideration thereof, it is

**ORDERED** and **ADJUDGED** that Bloomberg's petition for review be granted insofar as the Commission failed to respond adequately to Bloomberg's concerns about the cost of building and maintaining FINRA's proposed reference data service; the petition be denied with respect to Bloomberg's remaining arguments; and the matter be remanded to the Commission without vacatur for further proceedings, in accordance with the opinion of the court filed herein this date.

**Per Curiam**

          **FOR THE COURT:**
          Mark J. Langer, Clerk

    BY:    /s/

          Daniel J. Reidy
          Deputy Clerk

Date: August 16, 2022

Opinion for the court filed by Circuit Judge Wilkins.

* Circuit Judge, now Justice, Jackson was a member of the panel at the time the case was argued but did not participate in the disposition of this matter.