# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 21-1088**                   **September Term, 2022**

**SEC-86FR6922**

**Filed On: October 11, 2022** [1968395]

Bloomberg L.P.,

      Petitioner

   v.

Securities and Exchange Commission,

      Respondent

------------------------------

Financial Industry Regulatory Authority,
      Intervenor

## M A N D A T E

    In accordance with the judgment of August 16, 2022, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

                                                **FOR THE COURT:**
                                               Mark J. Langer, Clerk

                            BY:    /s/
                                             Daniel J. Reidy
                                             Deputy Clerk

Link to the judgment filed August 16, 2022